1  
2  Michael Madden, WSBA #8747  
3  Bennett Bigelow & Leedom, P.S.  
   1700 Seventh Avenue, Suite 1900  
4  Seattle, WA 98101-1355  
   Telephone: (206) 622-5511  

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

FEB 21 2008  

JAMES R. LARSEN, CLERK  
_____DEPUTY  
SPOKANE, WASHINGTON  

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

| | |
|---|---|
| CHRISTINA BALKENBUSH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ORTHO BIOTECH PRODUCTS, L.P., a limited partnership,<br><br>Defendant. | NO. CV-08-072-LRS<br><br>NOTICE OF REMOVAL |

Pursuant to 28 U.S.C. § 1441(a), defendant Ortho Biotech Products, L.P. hereby removes this cause from the Superior Court, State of Washington, County of Spokane to the United States District Court for the Eastern District of Washington, and as grounds in support hereof state as follows:

1. The above referenced civil action was commenced by service of a summons and complaint upon the defendant on February 7, 2008 and was filed with the Superior Court, State of Washington, County of Spokane Court Clerk under Cause No. 08-2-00536-9 on February 6, 2008. A copy of all process and pleadings served upon defendant to date will be filed with this court in a timely manner once received from the Superior Court Clerk's Office. Therefore, this notice is timely filed pursuant to 28 U.S.C. § 1446(b).

NOTICE OF REMOVAL - Page 1  
Cause No. _____

2. This action is removable to this Court pursuant to 28 U.S.C. § 1441(a) because according to the Complaint the plaintiff is a citizen of the State of Washington, and the defendant is a New Jersey limited partnership having its principal place of business in the state of New Jersey. Defendants believe that the amount in controversy exceeds $75,000 based on pre-suit demands by the plaintiffs.

3. This Notice of Removal is made without prejudice to, or waiver of, defendants' position that plaintiffs, as a matter of law, have failed to state any claims upon which relief could be granted.

4. Pursuant to 28 U.S.C. § 1446(d), a true copy of this Notice of Removal will be filed with the Clerk of the Spokane County Superior Court. Within ten days of the filing of this Notice, defendants will file with this Court true and complete copies of all other records and proceedings in the state court action, if any.

DATED this 20th day of February, 2008.

BENNETT BIGELOW & LEEDOM, P.S.

By _____
Michael Madden, WSBA #8747
Attorneys for Defendant Ortho Biotech Products, L.P.

NOTICE OF REMOVAL - Page 2
Cause No. _____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington that I caused a true and correct copy of this Notice of Removal to be delivered via overnight delivery to counsel as follows:

> **Michael H. Church**
> **Melody D. Farance**
> **Jill K. Conrad**
> **Stamper Rubens, P.S.**
> **720 W Boone, Suite 200**
> **Spokane, WA 99201**

DATED this 20th day of February, 2008.

_____
Cate R. Brewer

w:\wdclient\1248\00015\mm805531.doc

NOTICE OF REMOVAL - Page 3
Cause No. _____