UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA BALKENBUSH,<br><br>  Plaintiff,<br><br>  vs.<br><br>ORTHO BIOTECH PRODUCTS, LP,<br><br>  Defendants. | No. CV-08-0072-LRS<br><br>**ORDER DENYING UNCONTESTED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

Defendant Ortho Biotech Products, LP, and Plaintiff Christina Balkenbush have submitted to the court a proposed "Stipulated Protective Order." The motion which accompanies the proposed order (Ct. Rec. 13) indicates that "Sensitive and confidential information and documents will be exchanged during discovery for this matter, including business, commercial and proprietary information of Ortho Biotech."

The court has developed concerns about entering protective orders that may result in the sealing of materials which do not justify that protection. Plaintiff's claims in this case include assertions of sexual and age discrimination, hostile work environment, unlawful retaliation, negligent infliction of emotional distress, negligence, breach of contract, promissory estoppel, wrongful withholding of wages and discrimination based on disability. While the court fully recognizes the right of the parties to enter into private agreements concerning the discovery, retention and inadvertent disclosure of otherwise confidential information, the court need not be a

**ORDER DENYING UNCONTESTED MOTION. . . 1**

party to the agreement.

Accepting the joint representation of the parties that sensitive information may be exchanged, to the extent either party concludes it is necessary to provide the court with copies of otherwise confidential materials to be considered in connection with issues coming before the court, such documents should be filed separately under seal with a courtesy copy sent to chambers. If an issue arises concerning discovery, dissemination or use of such materials by either party, an appropriate motion can be noted for hearing.

The "Uncontested Motion for Entry of Stipulated Protective Order" is respectfully **DENIED**.

**IT IS SO ORDERED**. The District Executive is directed to enter this order and forward copies to counsel.

**DATED** this   19th   of November, 2008.

**s/Lonny R. Suko**

LONNY R. SUKO
United States District Judge

**ORDER DENYING UNCONTESTED MOTION. . . 2**