| | |
|---|---|
| 1  Sheryl J. Willert, WSBA #08617 | The Honorable Lonny R. Suko |
|    Michael I. White, WSBA #35409 | |
| 2  WILLIAMS, KASTNER & GIBBS PLLC | |
|    601 Union Street, Suite 4100 | |
| 3  Seattle, WA  98101-2380 | |
|    Telephone:  (206) 628-6600 | |
| 4  Fax:  (206) 628-6611 | |
|    Attorneys for Defendant | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA BALKENBUSH, an individual, | NO. cv-08-00072-LRS |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| ORTHO BIOTECH PRODUCTS, L.P., a limited partnership, | |
| Defendant. | |

THIS MATTER having come on for hearing upon the Stipulation for Order of Dismissal of the parties pursuant to Rule 41(a)(1)(A), for an order of dismissal with prejudice, it is, therefore ORDERED that all claims by all parties are hereby dismissed with prejudice and without costs or attorneys' fees.

ORDER OF DISMISSAL - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2767788.1

1 | The clerk of the court is directed to enter this Order of Dismissal.

2 | DATED this 2nd day of March, 2010.

3 | *s/Lonny R. Suko*

4 | Lonny R. Suko
U.S. District Court Judge

5 | PRESENTED BY:

6 | s/ Michael I. White
Sheryl J. Willert, WSBA #08617
7 | Michael I. White, WSBA #35409
Attorneys for Defendant
8 | WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
9 | Seattle, WA  98101-2380
Telephone:  (206) 628-6600
10 | Fax:  (206) 628-6611
Email:   swillert@williamskastner.com

11 |

s/Michael H. Church (*email consent*)
12 | Michael H. Church, WSBA #24957
Melody D. Farance, WSBA #34044
13 | Attorneys for Plaintiff
STAMPER RUBENS, P.S.
14 | 720 W. Boone Avenue, Suite 200
Spokane, WA  99201-2560
15 | Telephone:  (509) 326-4800
Fax:  (509) 326-4891
16 | Email:  mchurch@stamperlaw.com

17 |

18 |

19 |

ORDER OF DISMISSAL - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2767788.1